18-CV-60629-WILLIAMS/VALLE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

MAR 26 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

MICHELLE CRAIG
*(heirs, successor in interests beneficiaries, etc)*

    Plaintiff,

v.

JOEL LAZARUS; JOHN OLSON; ROBIN R. WEINER; MCCALLA RAYMER, LLC; AKERMAN, LLP; US BANK NATIONAL ASSOCIATION; NATIONSTAR MORTGGAE; ANDREW INGALLS; ANDREA HARTLEY; WILLIAM HELLER; MARC GOTTLIEB; JOYCE GUTIERREZ; LORRAINE CURSARO; ASHLEY POPOWITZ AND JOHN/JANE DOES,

    Defendants.
_____/

Case No. _____

**JURY TRIAL DEMANDED**

## 1983 BIVENS CIVIL ACTION COMPLAINT

1.

### PLAINTIFF

1.1 **MICHELLE CRAIG**, 8666 NW 47th Drive, Coral Spring, 33067 Florida.

Email# mamajamacraig@gmail.com

2.

### DEFENDANTS

2.1 **JOEL LAZARUS**, State Judicial Officer, State Judge 17th Judicial Circuit

Broward County Florida. 201 SE 6th Street, Ft. Lauderdale Fl. 33301 *Individual Capacity*

2.2. JOHN OLSON Federal Judicial Officer, Bankruptcy Judge from Southern District of Florida, Ft. Lauderdale Division. 299 E. Broward Blvd Ft Lauderdale Fl. 33301. *Individual Capacity*

2.3 ROBIN WEINER, Federal Officer, Code 13 Standing Trustee Bankruptcy Court from Southern District of Florida, Ft. Lauderdale Division. 299 E. Broward Blvd Ft Lauderdale Fl. 33301. *Individual Capacity*

2.4 US BANK NATIONAL ASSOCIATION; (USB) PO BOX 619094 Dallas TX 75261

2.5 NATIONSTAR MORTGAGE; at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.6 MCCALLA RAYMER, LLC; USB Designated Representative at 110 SE 6th St Suite 2400, Ft. Lauderdale, Fl 33301

2.7 AKERMAN, LLP; Nationstar Mortgage Designated Representative at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.8 ANDREW INGALLS; Associate Attorney from Akerman, LLP at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.9 ANDREA HARTLEY; Associate Attorney from Akerman, LLPat 350 East

Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.10  WILLIAM HELLER; Associate Attorney from Akerman, LLP at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.11  MARC GOTTLIEB; Associate Attorney from Akerman, LLP at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.12  JOYCE GUTIERREZ; Associate Attorney from Akerman, LLP at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.13  LORRAINE CURSARO; Associate Attorney from Akerman, LLP at 350 East Las Olas suite 1600, Ft. Lauderdale, Fl 33301

2.14  ASHLEY POPOWITZ; Associate Attorney from MCCALLA RAYMER, LLC 110 SE 6th St Suite 2400, Ft. Lauderdale, Fl 33301

2.15  JOHN/JANE DOES,

### 3.
### JURISDICTION

3.1 This Court has jurisdiction to entertain this Civil Action under 42 USC 1983 against state actors with official state actors knowingly conspiring violating a state citizen Constitutional Rights and Federal Statutory Rights and further this Court has jurisdiction to entertain this Civil Action under Bivens against federal official and officers knowing conspiring violating a state citizen constitutional

Rights

**(A)** <u>42 USC 1983 CIVIL ACTION</u>

3.2 Defendants conspired conspiring deprived violated Plaintiff's 1st Amendment rights to access courts freedom of speech bias prejudice Self Representation, 5th Amendment Rights due process affirmative defenses counter claims against deprived of property, Homestead Property and 6th Amendment Rights to obtain retain Counsel as Representative

**(B)** <u>BIVENS ACTION</u>

3.3 Defendants conspired deprived of property and the right to obtain retain Counsel for the Defendants are racist by Racial Discrimination all Defendants white while Plaintiff black women.

**(C)** <u>UNDER THE COLOR OF STATE AND FEDERAL LAWS</u>

3.4 Defendant State Judge Joel Lazarus and Bankruptcy Judge John Olson conspiring with Law Firms and their associates attorneys by and knowingly with their clients representatives US Bank Nationstar Mortgage for and through Trustee the NRZ Pass through Trust VII and others known unknown to deprived did deprived the Plaintiff of her civil rights, constitutional rights and federal statutory rights

4.

**STATEMENT OF THE CAUSE AND CLAIMS**

5.1 Attached State Court entire record.

6.

**<u>NOTICE TO PARTIES</u>**

6.1 All interest parties provided notice

*Filed this 26th day March 2018 via USPS
first class mail out with sufficient postage paid*

Respectfully submitted,

/MC/

MICHELLE CRAIG

CERTIFICATE OF SERVICE

I HEREBY CERTIFY and a correct copy of the foregoing was furnished to all interest parties in of the state case them there the party plaintiff the same entity the creditor in of this federal case, via First Class US mail sufficient postage pay and through forwarded to them also via email pdf attached, this 26th day of March 8th, 2018

/MC/